DONALD J. QUERIO (State Bar No. 54367)
Email: djq@severson.com
JASON M. JULIAN (State Bar No. 215342)
Email: jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant:
U.S. Bank National Association as Trustee
for CSMC Mortgage Backed Pass-Through
Certificates, Series 2006-4 and U.S.
Bancorp dba U.S. Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES BLACKMON,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1 TO 50,<br><br>    Defendants. | Case No.: C 09-04720 SBA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF FEDERAL CLAIMS AND REMAND OF STATE LAW CLAIMS; AND ORDER THEREON** |

WHEREAS defendants U.S. Bank National Association as Trustee for CSMC Mortgage Backed Pass-Through Certificates, Series 2006-4 and U.S. Bancorp dba U.S. Bank ("US Bank") removed the above-captioned matter based upon federal question jurisdiction on October 5, 2009, and subsequently filed a motion to dismiss presently set for hearing on February 2, 2010.

WHEREAS defendant First American Loanstar Trustee Services ("FALTS") filed a motion to dismiss presently set for hearing on February 2, 2010.

WHEREAS plaintiff Dolores Blackmon ("Blackmon") filed a motion for remand presently set for hearing on February 2, 2010.

In light of the foregoing, the undersigned parties have met and conferred and hereby stipulate as follows:

1) Blackmon's federal claims in this matter are hereby dismissed with prejudice.
2) Blackmon's remaining state law claims shall be remanded to the Superior Court of California for the County of Alameda.
3) Defendants' responses to the Complaint in this matter shall be due for filing in the Alameda County Superior Court within thirty (30) days after the above-captioned Court's entry of order of remand.

IT IS SO STIPULATED.

DATED: January 11, 2010

SEVERSON & WERSON
A Professional Corporation

By: */s/ Jason M. Julian*
Jason M. Julian
Attorneys for Defendant:
U.S. Bank National Association as Trustee for CSMC Mortgage Backed Pass-Through Certificates, Series 2006-4 and U.S. Bancorp dba U.S. Bank

DATED: January ____, 2010

HOLLAND LAW FIRM

By:
George Holland, Jr.
Attorneys for Plaintiff

DATED: January ____, 2010

LAW OFFICES OF GLENN H. WECHSLER

By: */s/ Lawrence Harris*
Lawrence Harris
Attorneys for Defendant First America Loanstar Trustee Services

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/15/10

Hon. Saundra Brown Armstrong
United States District Judge